**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1833**

DARYL A. GREEN,

     Debtor - Appellant,

   v.

1900 CAPITAL TRUST II, BY U.S. BANK TRUST NEWREZ LLC, d/b/a
Shellpoint Mortgage Servicing,

     Creditor - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Theodore D. Chuang, District Judge.  (8:19-cv-02270-TDC)

Submitted:  January 19, 2021      Decided:  January 21, 2021

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Daryl A. Green, Appellant Pro Se.  Elizabeth Marian Abood-Carroll, ORLANS PC, Troy,
Michigan, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl A. Green appeals the district court's order affirming in part the bankruptcy court's order overruling his objections to Appellee's proof of claim, vacating that order in part, and remanding to the bankruptcy court for further proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949). The order Green seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See In re The Wallace & Gale Co.*, 72 F.3d 21, 24 (4th Cir. 1995) ("District court orders remanding cases to the bankruptcy court for further consideration are not, ordinarily, final orders."). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*